**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| DEBRA A. SIZEMORE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.  9:21-CV-74-TH |
| COMMISSIONER,  SOCIAL  SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability-based benefits.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings.  No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is ADOPTED. A Final Judgment will be entered separately.

**SIGNED** this the 27 day of **June, 2022.**

Thad Heartfield
United States District Judge